# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

```
FILED
JAN - 8 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY
```

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

JORGE MACIAS-VALDEZ,

            Defendant.

CASE NO. 12cr4760 GPC

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

___ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

___ of the offense(s) as charged in the Indictment/Information:

_____

_____

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/8/2013

                              _____
                              Ruben B. Brooks
                              U.S. Magistrate Judge